## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

  **TAMAR LUSZTIG**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Queens, New York.

On February 28, 2008 I served a true and complete copy of the foregoing **NOTICE OF REMOVAL** upon:

**WEISS & LURIE**
551 FIFTH AVENUE
NEW YORK, NY 10176

by placing the **NOTICE OF REMOVAL** in a securely sealed Federal Express – Overnight Delivery envelope and depositing the envelope into a Federal Express – Next Business Day mail depository, causing the **NOTICE OF REMOVAL** to be delivered Overnight – Next Business Day to the above-named person at the above listed address.

                  _____
                   TAMAR LUSZTIG

Sworn to before me this
28th day of February, 2008

_____
Notary Public

Jeffrey M. Ellender
Notary Public - State of New York
No. 02EI6111470
Qualified in New York County
My Commission Expires June 14, 2008

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF NEW YORK )

**TAMAR LUSZTIG**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Queens, New York.

On February 29, 2008 I served a true and complete copy of the foregoing **NOTICE OF REMOVAL** and **NOTICE OF FILING OF REMOVAL** upon:

**WEISS & LURIE**
551 FIFTH AVENUE
NEW YORK, NY 10176

by placing the **NOTICE OF REMOVAL** and **NOTICE OF FILING OF REMOVAL** into the hands of a CHAMPION COURIER SERVICE messenger who will deliver the **NOTICE OF REMOVAL** and **NOTICE OF FILING OF REMOVAL** to the above-named person at the above-named address.

_____
TAMAR LUSZTIG

Sworn to before me this
29th day of February, 2008

_____
Notary Public

Jeffrey M. Ellender
Notary Public - State of New York
No. 02El6111470
Qualified in New York County
My Commission Expires June 14, 2008