Sullivan

John R. Goldman (jgoldman@herrick.com)
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendants
STi Phone Card, Inc., Find &
Focus Abilities, Inc., VOIP Enterprises, Inc.
and the Telco Group, Inc.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ALAIN SPIRA,

               Plaintiff,

               vs.

CVT PREPAID SOLUTIONS, INC., DOLLAR
PHONE CORP., DOLLAR PHONE SERVICES,
INC., DOLLAR PHONE ENTERPRISES, INC.,
DOLLAR PHONE ACCESS INC., EPANA
NETWORKS, INC., LOCUS
TELECOMMUNICATIONS, INC., TOTAL CALL
INTERNATIONAL, INC., STI PHONECARD,
INC., STI PREPAID, LLC, FIND & FOCUS
ABILITIES, INC., VOIP ENTERPRISES, INC.,
TELCO GROUP, INC., and JOHN DOES 1-100,

               Defendants.
------------------------------------------------------------x

1:08-CV-01998-RJS

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between HERRICK,

FEINSTEIN LLP, as counsel for defendants STi Phonecard, Inc., Find & Focus Abilities, Inc.,

VOIP Enterprises Inc., and the Telco Group, Inc. (collectively, the "Telco Companies"), and

WEISS & LURIE, as counsel for plaintiff, Alain Spira, that:

1. The time for the Telco Companies to answer, plead, move or otherwise respond to plaintiff's Complaint is extended to and including May 1, 2008.

2. This Stipulation may be signed in counterparts and may be delivered by facsimile and in counterparts.

Dated: March 3, 2008

HERRICK, FEINSTEIN LLP

By: _____
John R. Goldman (jgoldman@herrick.com)
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendants STi Phonecard, Inc., Find & Focus Abilities, Inc., VOIP Enterprises Inc., and the Telco Group, Inc.

WEISS & LURIE

By: _____
Mark D. Smilow (msmilow@weisslurie.com)
The French Building
551 Fifth Avenue, Suite 1600
New York, New York 10176
212-682-3025
Attorneys for Plaintiff Alain Spira

SO ORDERED:

_____
U.S.D.J.
3/5/08

HF 4001075v.1 #04861/0011