DOCUMENT FILED ELECTRONICALLY

Bruce A. Colbath (BC-8590)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, N.Y. 10153
212-310-8000
Attorneys for Defendant
STI Prepaid, LLC.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ALAIN SPIRA,

                Plaintiff,

                vs.

CVT PREPAID SOLUTIONS, INC., DOLLAR
PHONE CORP., DOLLAR PHONE SERVICES,
INC., DOLLAR PHONE ENTERPRISES, INC.,
DOLLAR PHONE ACCESS INC., EPANA
NETWORKS, INC., LOCUS
TELECOMMUNICATIONS, INC., TOTAL CALL
INTERNATIONAL, INC., STI PHONECARD,
INC., STI PREPAID, LLC, FIND & FOCUS
ABILITIES, INC., VOIP ENTERPRISES, INC.,
TELCO GROUP, INC., and JOHN DOES 1-100,

                Defendants.
------------------------------------x

1:08-CV-01998-RJS

STIPULATION

      IT IS HEREBY STIPULATED AND AGREED, by and between WEIL, GOTSHAL & MANGES LLP, as counsel for defendant STi Prepaid, LLC ("STi Prepaid"), and WEISS & LURIE, as counsel for plaintiff, Alain Spira, that:

      1.    The time for the STi Prepaid to answer, plead, move or otherwise respond to plaintiff's Complaint is extended to and including May 1, 2008.

NY1\1546018\01\X4WY01!.DOC\76830.0290

2.    This Stipulation may be signed in counterparts and may be delivered by facsimile and in counterparts.

Dated: March 6, 2008

| WEIL, GOTSHAL & MANGES LLP | WEISS & LURIE |
|---|---|
| By: *[signature]* <br> Bruce A. Colbath (BC-8590) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> 212-310-8000 <br> Attorneys for Defendant STi Prepaid, LLC. | By: *[signature]* <br> Mark D. Smilow (MS-2809) <br> The French Building <br> 551 Fifth Avenue, Suite 1600 <br> New York, New York 10176 <br> 212-682-3025 <br> Attorneys for Plaintiff Alain Spira |

SO ORDERED:

*[signature]*

U.S.D.J.
3/7/08