UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAIN SPIRA,<br><br>        Plaintiff,<br><br>vs.<br><br>CVT PREPAID SOLUTIONS, INC., DOLLAR PHONE CORP., DOLLAR PHONE SERVICES, INC., DOLLAR PHONE ENTERPRISES, INC., DOLLAR PHONE ACCESS INC., EPANA NETWORKS, INC., LOCUS TELECOMMUNICATIONS, INC., TOTAL CALL INTERNATIONAL, INC., STI PHONECARD, INC., STI PREPAID, LLC, FIND & FOCUS ABILITIES, INC., VOIP ENTERPRISES, INC., TELCO GROUP, INC., and JOHN DOES 1-100,<br><br>        Defendants. | Civil Action No. 08 CV 1998 (RJS)<br><br>**NOTICE OF DISMISSAL** |

NOTICE IS HEREBY GIVEN that plaintiff, through his counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the captioned action.

Dated: March 14, 2008

                                                            **WEISS & LURIE**

                                                            s/ Joseph H. Weiss
                                                            Joseph H. Weiss (JW-4534)
                                                            Mark D. Smilow (MS-2809)
                                                            551 Fifth Avenue
                                                           New York, New York 10176
                                                           (212) 682-3025
                                                           (212) 682-3010 (Fax)

                                                           **Plaintiff's Counsel**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 14th day of March, 2008, a true and correct copy of the foregoing Notice of Dismissal was served in compliance with the Federal Rules of Civil Procedure to the first named counsel of record below via ECF, to the remaining counsel below by First Class Postage Prepaid U.S. Mail, and to the remaining served defendant who has not appeared by personal service upon the registered agent for service.

Jeffrey M. Eilender
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, NY 10004
Tel:   (212)344-5400
Fax:  (212)344-7677
Email: jme@schlamstone.com

*Attorneys for the Dollar Phone Defendants*

David Saenz, Esq.
GREENBURG TRAURIG LLP
Metlife Building
200 Park Avenue
New York, NY 10166
Tel:   (212) 801-6930
Fax:  (212) 801-6400
Email: saenzd@gtlaw.com

*Attorneys for Defendant Epana Networks, Inc.*

Joseph B. Koczko, Esq.
THOMPSON HINE LLP
335 Madison Avenue, 12th Fl.
New York, New York 10017
Tel:   (212) 908-3923
Fax:  (212) 344-6101
Email: Joseph.Koczko@ThompsonHine.com

*Attorneys for Defendant CVT Prepaid Solutions, Inc.*

Bruce A. Colbath, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel:   (212) 310-8590
Fax:  (212) 310-8007
Email: bruce.colbath@weil.com

*Attorneys for Defendant STI Prepaid LLC*

John R. Goldman, Esq.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel:   (212) 592-1460
Fax:  (212) 545-3440
Email: jgoldman@herrick.com

*Attorneys for Defendants STI Phone Card Inc., Find & Focus Abilities, Inc., VOIP Enterprises, Inc., and Telco Group, Inc.*

Locus Telecommunications, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

                                  s/ Joseph H. Weiss
                                     Joseph H. Weiss