SCHLAM STONE & DOLAN LLP
Jeffrey M. Eilender
David J. Katz
26 Broadway
New York, New York 10004
(212) 344-5400 (telephone)
(212) 344-7677 (facsimile)

*Attorneys for Defendants Dollar Phone Services, Inc., Dollar Phone Enterprises, Inc., Dollar Phone Corporation, and Dollar Phone Access, Inc*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| ALAIN SPIRA, *Plaintiff,*  -vs.-  CVT PREPAID SOLUTIONS, INC., DOLLAR PHONE CORP., DOLLAR PHONE SERVICES, INC., DOLLAR PHONE ENTERPRISES, INC., DOLLAR PHONE ACCESS INC., EPANA NETWORKS, INC., LOCUS TELECOMMUNICATIONS, INC., TOTAL CALL INTERNATIONAL, INC., STI PHONE CARD, INC., STI PREPAID, LLC, FIND & FOCUS ABILITIES, INC., VOIP ENTERPRISES, INC., TELCO GROUP, INC., and JOHN DOES 1-100, *Defendants.* |

**STIPULATION**

No 1:08-CV-01998 (RJS)

IT IS HEREBY STIPULATED AND AGREED, by and between SCHLAM STONE & DOLAN LLP, as counsel for Defendants Dollar Phone Services, Inc., Dollar Phone Enterprises, Inc., Dollar Phone Corporation, and Dollar Phone Access, Inc. (collectively, "Dollar Phone"), and WEISS & LURIE, as counsel for Plaintiff Alain Spira, that:

*00050763.doc*

1.  The time for Dollar phone to answer, plead, move, or otherwise respond to Plaintiff's Complaint is extended to and including May 1, 2008.

2.  This Stipulation may be signed in counterparts and may be delivered by facsimile or electronically, and in counterparts.

Dated: March 11, 2008
    New York, New York

SCHLAM STONE & DOLAN LLP

By: *[signature]*
David J Katz (dkatz@schlamstone.com)

26 Broadway, 19th Floor
New York, NY 10004
(212) 344-5400
*Attorneys for Defendants
Dollar Phone Services, Inc., Dollar Phone
Enterprises, Inc., Dollar Phone Corporation,
and Dollar Phone Access, Inc.*

WEISS & LURIE

By: *[signature]*
Mark D. Smilow
(msmilow@weisslurie.com)
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025
*Attorneys for Plaintiff Alain
Spira*

SO ORDERED:

_____*[signature]*_____
U.S.D.J.
3/13/08