Sullivan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAIN SPIRA, : CIV. ACTION NO.: 08 CV 1998 (RJS)

    Plaintiff,

v.

CVT PREPAID SOLUTIONS, INC.;
DOLLAR PHONE CORP.; DOLLAR
PHONE SERVICES, INC.; DOLLAR
PHONE ENTERPRISES, INC.; DOLLAR
PHONE ACCESS, INC.; EPANA
NETWORKS, INC.; LOCUS
TELECOMMUNICATIONS, INC.;
TOTAL CALL INTERNATIONAL, INC.;
STI PHONE CARD, INC.; STI PREPAID,
LLC; FIND & FOCUS ABILITIES, INC.;
VOIP ENTERPRISES, INC.; TELCO
GROUP, INC. and JOHN DOES 1-100

    Defendants.

STIPULATION AND [~~PROPOSED~~]
ORDER EXTENDING EPANA
NETWORK, INC.'S TIME TO
RESPOND TO COMPLAINT



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

---

WHEREAS, Plaintiff Alain Spira ("Spira") served his complaint on Defendant Epana Networks, Inc. ("Epana") originally filed in the Supreme Court of New York, Bronx County, on February 26, 2008; and

WHEREAS, on February 28, 2008, the Dollar Phone defendants removed the action to this Court; and

WHEREAS, Epana and Spira have agreed to an extension of Epana's time to answer or otherwise respond to the complaint.

IT IS THEREFORE STIPULATED by and between the parties through their counsel of record that Epana's time to respond to the Complaint shall be extended up to and including May 1, 2008. This extension is not being sought to delay or for any other improper purpose, and such extension shall not affect any of the other deadlines in the case.

Dated: March 11, 2008                    Respectfully submitted,

                                                               WEISS & LURIE

                                                               By: _____

                                                                Joseph H. Weiss (JW 4534)
                                                                Mark D. Smilow (MS 2801)
                                                                Ilya Nuzov (IN 1955)
                                                                551 Fifth Avenue
                                                                New York, NY 10176
                                                               Telephone: (212) 682-3025
                                                                Facsimile: (212) 682-3010

                                                                Attorneys for Plaintiff Alain Spira

Dated: March 11, 2008                    Respectfully submitted,

                                                               GREENBERG TRAURIG LLP

                                                               By: _____

                                                               David Saenz (DS 1976)
                                                                MetLife Building
                                                                200 Park Avenue, 34th Floor
                                                                New York, NY 10166
                                                                Telephone: (212) 801-9200
                                                                Facsimile: (212) 801-6400

                                                                Attorneys for Defendant Epana Networks, Inc.

**SO ORDERED**

Dated March __, 2008                     _____
                                                               United States District Judge