Joseph B. Koczko (joseph.koczko@thompsonhine.com)
Sunny H. Kim (sunny.kim@thompsonhine.com)
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
Tele.: 212.344.5680
Attorneys for Defendant CVT Prepaid Solutions, Inc.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALAIN SPIRA,

    Plaintiff,

v.

CVT PREPAID SOLUTIONS, INC., DOLLAR
PHONE CORP., DOLLAR PHONE SERVICES,
INC., DOLLAR PHONE ENTERPRISES, INC.,
DOLLAR PHONE ACCESS INC., EPANA
NETWORKS, IN., LOCUS
TELECOMMUNICATIONS, INC., TOTAL CALL
INTERNATIONAL, INC., STI PHONECARD,
INC., STI PREPAID, LLC, FIND & FOCUS
ABILITIES, INC., VOIP ENTERPRISES, INC.,
TELCO GROUP, INC., and JOHN DOES 1-100,

    Defendants.
-------------------------------------------------------X

1:08-CV-01998-RJS

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between THOMPSON HINE LLP, counsel for defendants CVT Prepaid Solutions, Inc. ("CVT"), and WEISS & LURIE, counsel for plaintiff, Alain Spira, that:

1.    The time for CVT to answer, plead, move or otherwise respond to plaintiff's Complaint is extended to and including May 1, 2008.

2.  This Stipulation may be signed in counterparts and may be delivered by facsimile and in counterparts.

Dated: New York, New York
       March 10, 2008

THOMPSON HINE LLP

By: _____
    Joseph B. Koczko (joseph.koczko@thompsonhine.com)
    Sunny H. Kim (sunny.kim@thompsonhine.com)
    335 Madison Avenue, 12th Floor
    New York, New York 10017
    Tele.: 212.344.5680
    Attorneys for Defendant CVT Prepaid Solutions, Inc.

WEISS & LURIE

By: _____
    Mark D. Smilow (msmilow@weisslurie.com)
    The French Building
    551 Fifth Avenue, Suite 1600
    New York, New York 10176
    Tele.: 212.682.3025
    Attorney for Plaintiff Alain Spira

SO ORDERED:

_____
U.S.D.J.
3/25/08