Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| ALAIN SPIRA,<br><br>            Plaintiff,<br><br>vs.<br><br>CVT PREPAID SOLUTIONS, INC., DOLLAR PHONE CORP., DOLLAR PHONE SERVICES, INC., DOLLAR PHONE ENTERPRISES, INC., DOLLAR PHONE ACCESS INC., EPANA NETWORKS, INC., LOCUS TELECOMMUNICATIONS, INC., TOTAL CALL INTERNATIONAL, INC., STI PHONECARD, INC., STI PREPAID, LLC, FIND & FOCUS ABILITIES, INC., VOIP ENTERPRISES, INC., TELCO GROUP, INC., and JOHN DOES 1-100,<br><br>            Defendants. | Civil Action No. 08 CV 1998 (RJS)<br><br>NOTICE OF DISMISSAL |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

NOTICE IS HEREBY GIVEN that plaintiff, through his counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the captioned action.

Dated: March 14, 2008

WEISS & LURIE

_____
Joseph H. Weiss (JW-4534)
Mark D. Smilow (MS-2809)
551 Fifth Avenue
New York, New York 10176
(212) 682-3025
(212) 682-3010 (Fax)

Plaintiff's Counsel

SO ORDERED
Dated: 3/20/08
RICHARD J. SULLIVAN, U.S.D.J.

The clerk of the Court shall close this case.